No. 221, Misc.   JONES v. CIVIL AERONAUTICS BOARD ET AL.   C. A. D. C. Cir.   Certiorari denied.   Petitioner pro se.   Solicitor General Cox and Nathaniel H. Goodrich for respondents.

No. 222, Misc.   RIZZITELLO ET AL. v. CALIFORNIA. District Court of Appeal of California, Second Appellate District.   Certiorari denied.   Morris Lavine for petitioners.

No. 223, Misc.   GIBBS v. BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir.   Certiorari denied.

No. 224, Misc.   KING v. WASHINGTON ET AL.   Superior Court of Washington, Walla Walla County.   Certiorari denied.

No. 227, Misc.   KINDER v. BOLES, WARDEN.   Supreme Court of Appeals of West Virginia.   Certiorari denied.

No. 229, Misc.   BISORDI v. NEW YORK.   Appellate Division, Supreme Court of New York, First Judicial Department.   Certiorari denied.

No. 234, Misc.   BARNES v. FAY, WARDEN.   C. A. 2d Cir.   Certiorari denied.

No. 235, Misc.   FRINKS v. NORTH CAROLINA.   Supreme Court of North Carolina.   Certiorari denied.   William M. Kunstler, Arthur Kinoy and Samuel S. Mitchell for petitioner.   Thomas Wade Bruton, Attorney General of North Carolina, and Ralph Moody, Deputy Attorney General, for respondent.